AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 07 Civ. 7960

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/19/2007 | *[signature]* |
| Date | Signature |
| | Scott L. Black — SB-3497 |
| | Print Name — Bar Number |
| | 3 World Financial Center |
| | Address |
| | New York — NY — 10281 |
| | City — State — Zip Code |
| | (212) 336-0029 — (212) 336-1350 |
| | Phone Number — Fax Number |