AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07-CV-7960 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| 10/10/2007 | [signature] |
|---|---|
| Date | Signature |
| | Sheldon Mui                                    SM9321 |
| | Print Name                                    Bar Number |
| | 3 World Financial Center, Suite 400 |
| | Address |
| | New York          NY          10281 |
| | City              State        Zip Code |
| | (212) 336-0138          (212) 336-1320 |
| | Phone Number            Fax Number |