SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, NY 10281-1022
(212) 336-0085

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :
                    Plaintiff,                :
                                              :
          v.                                  :
                                              :
SMART ONLINE, INC., DENNIS MICHAEL NOURI,     :   07 CV 7960 (PKC)
REEZA ERIC NOURI, ANTHONY MARTIN,             :
JAMES DOOLAN, RUBEN SERRANO, AND              :
ALAIN LUSTIG,                                 :
                                              :
                    Defendants.               :
------------------------------------------------------------------------:

      Sheldon Mui, pursuant to 28 U.S.C. § 1746, declares as follows:

      1.    I am employed by Plaintiff Securities & Exchange Commission in the Commission's New York Regional Office, and am a member of the bar of this Court.

      2.    On September 17, 2007, I served a true copy of the Summons, Complaint, Individual Rules of Practices of Judge Castel and Magistrate Judge Peck, Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, Procedures for Electronic Case Filing, and Judge Castel's order dated September 14, 2007 by placing a copy of each in a pre-paid Federal Express envelope addressed to Alexander Eiseman, Esq., in accordance with Mr. Eiseman's agreement to accept service for Anthony Martin.

3.  Annexed hereto as Exhibit A is a copy of an acknowledgment in which Mr. Eiseman acknowledges his authorization and agreement to accept service of the Summons and Complaint on behalf of Anthony Martin.

4.  Annexed hereto as Exhibit B is a copy of the Summons served upon Mr. Eiseman on behalf of Anthony Martin.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2007.

_____
Sheldon Mui

# Exhibit A

Case 1:07-cv-07960-PKC   Document 6   Filed 10/10/2007   Page 3 of 7

Exhibit A



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, N.Y. 10281

WRITER'S DIRECT DIAL NUMBER
(212) 336-0138

September 17, 2007

**VIA FEDERAL EXPRESS**

Alexander Eisemann, Esq.
20 Vesey Street
Suite 400
New York, NY 10007

    Re:    <u>SEC v. Smart Online, Inc., et al., 07 CV 7960 (PKC) (S.D.N.Y.)</u>

Dear Mr. Eisemann:

    Enclosed please find a Summon and Complaint in the above entitled matter for Anthony Martin. By signing the acknowledgment below and returning this letter to me, you confirm that you are authorized to accept service of the Summons and Complaint on behalf of Anthony Martin, and that you have been served with the Summons and Complaint in this matter. I have also enclosed copies of the Individual Practices of Judge Castel and Magistrate Judge Peck, Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing. I have also enclosed a copy of Judge Castel's order dated September 14, 2007 scheduling an initial pretrial conference for November 16, 2007.

                      Sincerely,

                      Sheldon Mui
                      Staff Attorney

Acknowledged this 20th day of September, 2007

By: Alexander Eisemann

By: Anthony Martin

# Exhibit B

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Securities and Exchange Commission

**SUMMONS IN A CIVIL CASE**

V.

Smart Online, Inc., Dennis Michael Nouri, Reeza Eric Nouri, Anthony Martin, James Doolan, Ruben Serrano and Alain Lustig

CASE NUMBER:

**07 CIV 7960**

TO: (Name and address of defendant)

Anthony Martin
30-202 River Court
Jersey City, N.J. 07310

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Black
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

SEP 1 1 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.