SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, NY 10281-1022
(212) 336-0085

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,              :
                                                  :
                        Plaintiff,                :
                                                  :
        v.                                        :
                                                  :
SMART ONLINE, INC., DENNIS MICHAEL NOURI,         :    07 CV 7960 (PKC)
REEZA ERIC NOURI, ANTHONY MARTIN,                 :
JAMES DOOLAN, RUBEN SERRANO, AND                  :
ALAIN LUSTIG,                                     :
                                                  :
                        Defendants.               :
-------------------------------------------------------------------------:

Sheldon Mui, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am employed by Plaintiff Securities & Exchange Commission in the Commission's New York Regional Office, and am a member of the bar of this Court.

2.    On September 17, 2007, I served a true copy of the Summons, Complaint, Individual Rules of Practices of Judge Castel and Magistrate Judge Peck, Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing by placing a copy of each in a pre-paid Federal Express envelope addressed to David Long, Esq., in accordance with Mr. Long's agreement to accept service for Dennis Michael Nouri.

3.  Annexed hereto as Exhibit A is a copy of an acknowledgment in which Mr. Long acknowledges his authorization and agreement to accept service of the Summons and Complaint on behalf of Dennis Michael Nouri.

4.  Annexed hereto as Exhibit B is a copy of the Summons served upon Mr. Long on behalf of Dennis Michael Nouri.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2007.

_____
Sheldon Mui

# Exhibit A

Exhibit A



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, N.Y. 10281

WRITER'S DIRECT DIAL NUMBER
(212) 336-0138

September 17, 2007

**VIA FACSIMILE**

David Long, Esq.
3600 Glenwood Ave
Suite 300
Raleigh, NC 27612

Re: SEC v. Smart Online, Inc., et al., 07 CV 7960 (PKC) (S.D.N.Y.)

Dear Mr. Long:

Enclosed please find a Summon and Complaint in the above entitled matter for Dennis Michael Nouri. By signing the acknowledgment below and returning this letter to me, you confirm that you are authorized to accept service of the Summons and Complaint on behalf of Dennis Michael Nouri, and that you have been served with the Summons and Complaint in this matter. I have also enclosed copies of the Individual Practices of Judge Castel and Magistrate Judge Peck, Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing.

Sincerely,

Sheldon Mui
Staff Attorney

Acknowledged this 17th day of September, 2007

By: David Long

By: Dennis Michael Nouri

# Exhibit B

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Securities and Exchange Commission

**SUMMONS IN A CIVIL CASE**

V.

Smart Online, Inc., Dennis Michael Nouri, Reeza Eric Nouri, Anthony Martin, James Doolan, Ruben Serrano and Alain Lustig

CASE NUMBER:

TO: (Name and address of defendant)

Dennis Michael Nouri
4024 John S Raboteau Wynd
Raleigh, N.C. 27612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Black
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

SEP 1 1 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.