SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, NY 10281-1022
(212) 336-0085

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                Plaintiff,             :
                                       :
        v.                             :
                                       :
SMART ONLINE, INC., DENNIS MICHAEL NOURI,   :   07 CV 7960 (PKC)
REEZA ERIC NOURI, ANTHONY MARTIN,      :
JAMES DOOLAN, RUBEN SERRANO, AND       :
ALAIN LUSTIG,                          :
                                       :
                Defendants.            :
-----------------------------------------------------------------------:

Sheldon Mui, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am employed by Plaintiff Securities & Exchange Commission in the Commission's New York Regional Office, and am a member of the bar of this Court.

2.      On October 18, 2007, I served a true copy of the Summons, Complaint, Individual Rules of Practices of Judge Castel and Magistrate Judge Peck, Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, Procedures for Electronic Case Filing, and Judge Castel's order dated September 14, 2007 by placing a copy of each in a pre-paid Federal Express envelope addressed to James Druker, Esq., in accordance with Mr. Druker's agreement to accept service for James Doolan.

3. Annexed hereto as Exhibit A is a copy of an acknowledgment in which Mr. Druker acknowledges his authorization and agreement to accept service of the Summons and Complaint on behalf of James Doolan.

4. Annexed hereto as Exhibit B is a copy of the Summons served upon Mr. Druker on behalf of James Doolan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2007.

                                  _____
                                  Sheldon Mui

# Exhibit A

Exhibit A



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, N.Y. 10281

WRITER'S DIRECT DIAL NUMBER
(212) 336-0138

October 18, 2007

**VIA FEDERAL EXPRESS**

James Druker, Esq.
Kase & Druker
1325 Franklin Ave.
Suite 225
Garden City, NY 11530

    Re:    <u>SEC v. Smart Online, Inc., et al., 07 CV 7960 (PKC) (S.D.N.Y.)</u>

Dear Mr. Druker:

    Enclosed please find a Summon and Complaint in the above entitled matter for James Doolan. By signing the acknowledgment below and returning this letter to me, you confirm that you are authorized to accept service of the Summons and Complaint on behalf of James Doolan, and that you have been served with the Summons and Complaint in this matter. I have also enclosed copies of the Individual Practices of Judge Castel and Magistrate Judge Peck, Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, and Procedures for Electronic Case Filing, and Judge Castel's order dated September 14, 2007 scheduling an initial pretrial conference for November 16, 2007.

    Sincerely,

    Sheldon Mui
    Staff Attorney

Acknowledged this 19th day of October, 2007

By: James Druker

By: James Doolan

# Exhibit B

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Securities and Exchange Commission

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Smart Online, Inc., Dennis Michael Nouri, Reeza Eric Nouri, Anthony Martin, James Doolan, Ruben Serrano and Alain Lustig

**07 CIV 7960**

TO: (Name and address of defendant)

James Doolan
33 Melody Lane South
Bayville, New York 11709

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Black
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, New York 10281

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

SEP 11 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action.-SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.