UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,        Case No. 07 Civ. 7960 (PKC)

                Plaintiff,

                                      **NOTICE OF APPEARANCE**

    - against –

SMART ONLINE, INC., DENNIS MICHAEL
NOURI, REEZA ERIC NOURI, ANTHONY
MARTIN, JAMES DOOLAN, RUBEN SERRANO,
and ALAN LUSTIG,

                Defendants
------------------------------------x

**TO: CLERK OF THE COURT**

**S I R:**

    You are hereby notified that I appear as counsel to defendant JAMES DOOLAN in the above-referenced action.

    I am appearing as retained counsel.

    I was admitted to practice in this Court in January, 1974.

Dated: Garden City, New York
       October 19, 2007

                                                 _____
                                               JAMES O. DRUKER (JD5944)

                                               KASE & DRUKER
                                               1325 Franklin Avenue
                                               Suite 225
                                               Garden City, New York  11530
                                               (516) 746-4300

TO: SECURITIES AND EXCHANGE COMMISSION
    New York Regional Office
    3 World Financial Center, Room 4300
    New York, New York  10281-1022