**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

November 1, 2007

Douglas M. Tween
Tel: +1 212 626 4355
Douglas.M.Tween@bakernet.com

**By Electronic Filing and By Mail**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

RE:  *Securities and Exchange Commission v. Smart Online, Inc., et al.*
     07 Civ. 7960 (PKC)

Dear Judge Castel:

We represent Dennis Michael Nouri, a defendant in the above-captioned civil action, in connection with criminal charges pending against him in *United States v. Dennis Michael Nouri, et al.*, 07 Mag. 1257.

We write to inform the Court that Dennis Michael Nouri does not object to the Government's motion to intervene and seek a stay of discovery in this action in light of the pending criminal matter.

Respectfully submitted,

Douglas M. Tween

DMT/ck

cc:  AUSA Reed Michael Brodsky (via e-mail)
     Sheldon Mui, Securities and Exchange Commission (via e-mail)