**MEMO ENDORSED**



Alain Lustig
53 Jetmore Place
Massapequa, New York 11758

10/29/07

Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Castel,

I am writing to request an Adjornment or Extention of Time.

1) Today is October 29, 2007

2) This is my first request.

3) I have not been properly served in civil case number: 07 CIV 7960, according to Federal Rules of Civil Procedure Rule 4.

I therefore have not had sufficient time to find an attorney and file an answer. The plaintiff did not serve me personally or by mail. I found the paperwork outside my mother's home on or about October 11, 2007.

I spoke with Mr. Marmolejos at 212-805-0175 on October 25, 2007 who told me that the plaintiff filed papers stating I was served on October 4, 2007 and had until October 24, 2007 to answer (20 days). However, since I was not served properly, I did not have the expected 20 days to find a lawyer and submit an answer.

Sincerely,

Alain Lustig

CC: Scott L. Black, Attorney for Plaintiff, Securities and Exchange Commission

3 World Financial Center, New York, New York 10281

*Mailed 11/01/07*

Mr. Lustig should consult the affidavit of service on file with the Court (Doc #7). The Conference scheduled for November 16 at 11:45 a.m. remains as scheduled. Defendant Lustig's time to respond to the complaint is adjourned to November 30, 2007. Mr. Lustig is urged to retain counsel immediately.

SO ORDERED.
[signature] USDJ 10-31-07