UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------X

SECURITIES and EXCHANGE COMMISSION,

                Plaintiff,

- against -

SMART ONLINE, INC., DENNIS MICHAEL NOURI,
REEZA ERIC NOURI, ANTHONY MARTIN,
JAMES DOOLAN, RUBEN SERRANO, AND
ALAIN LUSTIG,

                Defendants.

**07 Civ. 7960** (PKC)

Hon. P. Kevin Castel, U.S.D.J.

**Declaration of Service**

--------------------------------------------------X

    Eric W. Berry, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

    1. I am 18 years of age, not a party to this action and have a place of business at 132 Nassau Street, New York, New York.

    2. On November 14, 2007, I served the annexed ANSWER by e-mail upon:

Sheldon Mui, Esq.
*Attorney for the Securities & Exchange Commission*
3 World Financial Center, Room 4300
New York, NY 10281
(212) 336-0138

James O. Druker, Esq.
Kase & Druker
*Attorney for James Doolan*
1325 Franklin Avenue, Suite 225
Garden City, NY 11530
(516) 746-4300

    Douglas Michael Tween, Esq.
    Baker & McKenzie LLP
    *Attorneys for defenant Michael Nouri*
    1114 Avenue of The Americas
    New York, Neew York
    (212) 626-4355

Dated: New York, New York
       October 9, 2007                                       Eric W. Berry