UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

SECURITIES and EXCHANGE COMMISSION,

                        Plaintiff,

  - against -

SMART ONLINE, INC., DENNIS MICHAEL NOURI,
REEZA ERIC NOURI, ANTHONY MARTIN,
JAMES DOOLAN, RUBEN SERRANO, AND
ALAIN LUSTIG,

                       Defendants.

**07 Civ. 7960** (PKC)

Hon. P. Kevin Castel, U.S.D.J.

**Declaration of Service**

-------------------------------------------------X

     Pursuant to Fed. R. Civ. P. 38, defendant Ruben Serrano hereby demands a trial by jury on all issues so triable in the above action.

Dated: New York, New York
       November 14, 2007

Eric W. Berry Law Office pc

By: _____
     Eric W. Berry [EB 8598]
*Attorneys for defendant Ruben Serrano*
132 Nassau Street, Suite 1300
New York, New York 10038
(212) 355-0777

To: Olshan Grundman Frome Rosenzweig & Wolosky, LLP
    Attn. Thomas J. Fleming, Esq.
    *Attorneys for plaintiffs*
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

Case No.  7960           Year 2007
Civil Action             Judge Castel


SECURITIES and EXCHANGE COMMISSION,

              Plaintiff,

  - against -

SMART ONLINE, INC., DENNIS MICHAEL NOURI,
REEZA ERIC NOURI, ANTHONY MARTIN,
JAMES DOOLAN, RUBEN SERRANO, AND
ALAIN LUSTIG,
              Defendants.


## **ANSWER**


ERIC W. BERRY LAW OFFICE PC
*Attorneys for defendant Ruben Serrano*
132 NASSAU STREET, SUITE 1300
NEW YORK, NEW YORK   10038
(212) 355-0777