UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X

SECURITIES and EXCHANGE COMMISSION,

                        Plaintiff,

      - against -

SMART ONLINE, INC., DENNIS MICHAEL NOURI,
REEZA ERIC NOURI, ANTHONY MARTIN,
JAMES DOOLAN, RUBEN SERRANO, AND
ALAIN LUSTIG,
                       Defendants.

----------------------------------------------X

**07 Civ.  7960** (PKC)

Hon.  P. Kevin Castel, U.S.D.J.

**<u>Declaration of Service</u>**

      Eric W.  Berry, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the

following is true and correct:

      1.  I am 18 years of age, not a party to this action and have a place of business at 132
Nassau Street, New York, New York.

      2.  On November 14, 2007, I served the annexed JURY DEMAND by e-mail upon:

Sheldon Mui, Esq.
*Attorney for the Securities & Exchange Commission*
3 World Financial Center, Room 4300
New York, NY 10281
(212) 336-0138

James O. Druker, Esq.
Kase & Druker
*Attorney for James Doolan*
1325 Franklin Avenue, Suite 225
Garden City, NY 11530
(516) 746-4300

Douglas Michael Tween, Esq.
Baker & McKenzie LLP
*Attorneys for defenant Michael Nouri*
1114 Avenue of The Americas
New York, Neew York
(212) 626-4355


Dated: New York, New York
      October 9, 2007

                                        _____
                                        Eric W.  Berry