AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

v.

Smart Online, Inc., Dennis Michael Nouri, Reeza Eric Nouri, Anthony Martin, James Doolan, Ruben Serrano, and Alain Lustig

**APPEARANCE**

Case Number: 07 Civ 7960

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dennis Michael Nouri
Reza Eric Nouri

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/15/2007 |  |
| Date | Signature |
| | Richard A. De Palma — RD 2818 |
| | Print Name — Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 626-4590 — (212) 310-1617 |
| | Phone Number — Fax Number |