```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
SECURITIES AND EXCHANGE COMMISSION,     :

              v.                        :  STIPULATION
                                        :
SMART ONLINE, INC., DENNIS MICHAEL NOURI,
REEZA ERIC NOURI, ANTHONY MARTIN,       :  07 Civ. 7960 (PKC)
JAMES DOOLAN, RUBEN SERRANO AND
ALAIN LUSTIG,                           :

              Defendants.               :
- - - - - - - - - - - - - - - - - - - -x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

IT IS HEREBY STIPULATED AND AGREED between plaintiff SECURITIES AND EXCHANGE COMMISSION and defendant ANTHONY MARTIN, that defendant ANTHONY MARTIN's time to respond to the complaint is and shall be extended to November 19, 2007. This stipulation shall not preclude prevent defendant ANTHONY MARTIN or his counsel from seeking additional time to respond.

Dated: New York, New York
November ~~September~~ 16, 2007

SECURITIES AND EXCHANGE COMMISSION

_____
SCOTT L. BLACK
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, New York 10281-1022

_____
ANTHONY MARTIN, Pro Se

SO ORDERED:

_____
U.S.D.J.

11-16-07