UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
Securities and Exchange Commission
                      Plaintiff         07 CV 7960 (PKC)

       -Against-                     Pro Bono Order

Allain Lustig, Anthony Martin, et al.
                    Defendants.
-----------------------------------------------------

        The Clerk of the Court is directed to place the above captioned action on the Pro Bono List.

                                                    SO ORDERED:

                                                    Hon. P. Kevin Castel
                                                    United States District Judge

Dated: November 19, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07