UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

Securities and Exchange Commission

                        Plaintiffs,

      -against-

Smart Online, Inc., Dennis M. Nouri,
Reeza E. Nouri, Anthony Martin, James Doolan,
Ruben Serrano and Alain Lustig

                       Defendants.
---------------------------------------x

07 Civ. 7960 (PKC)

<u>ORDER</u>

P. KEVIN CASTEL, U.S.D.J.

     The above captioned action was designated as an Electronic Filing. The defendants Anthony Martin and Alain Lustig are appearing pro se. The Clerk of Court is directed to designate this case as an Non-ECF case.

SO ORDERED.

                                                    P. Kevin Castel
                                               United States District Judge

New York, New York
November 20, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07