

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, N.Y. 10281-1022

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/18/08 |

# MEMO ENDORSED

June 17, 2008

By Fax (212-805-7949)

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement:] Conference adjourned from June 27, 2008 to September 5, 2008 at 9:30 a.m. SO ORDERED. [signature] USDJ 6-17-08*

Re: Securities and Exchange Commission v. Smart Online, Inc. et al., 07 Civ. 7960 (PKC)

Dear Judge Castel:

I represent the Plaintiff in the above captioned matter. By way of background, on October 26, 2007, the Court stayed discovery in this action pursuant to a request by the United States Attorney's Office for the Southern District of New York. I write to update the Court on the status of the parallel criminal proceeding in United States v. Dennis Michael Nouri, et al., 07-CR-1029 (DC) (S.D.N.Y.). In that case, a status conference was originally scheduled for May 12, 2008. The conference was adjourned to July 15, 2008, and according to Assistant United States Attorney Reed Brodsky, the parties are still engaged in discovery and a trial date has not been confirmed.

Your Honor previously scheduled a status conference in this matter to take place on June 27, 2008 at 10:30 a.m. We respectfully request that the Court adjourn this status conference to August 15, 2008, when we will have a better understanding on the disposition of the criminal proceeding.

Sincerely,

Scott Black /sln
Scott L. Black
Senior Trial Counsel

cc:  Dennis Michael Nouri
     Reeza Eric Nouri
     Anthony Martin
     Ruben Serrano
     Allain Lustig