**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

August 20, 2008

Richard De Palma
Tel: +1 212 626 4590
Richard.DePalma@bakernet.com

Via Facsimile

(212) 805-7949

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   Securities and Exchange Commission v. Smart Online, Inc., et. al., 07 Civ. 7960 (PKC)

Dear Judge Castel:

We represent Dennis Michael Nouri and Eric Nouri, defendants in the above-captioned action.

We write to provide an update to Your Honor with respect to the status of the parallel criminal proceeding in United States v. Dennis Michael Nouri, et. al., 07-CR-1029 (DC) (S.D.N.Y.) and to request an adjournment of the status conference currently scheduled before this Court on September 5, 2008.

In the criminal proceedings, a status conference was held on July 15, 2008 before the Hon. Denny Chin. Prior to that conference, the Government had produced significant and voluminous discovery materials, including both documents and recordings. In order to provide the defendants with ample time to review this discovery, Judge Chin scheduled the next status conference for October 3, 2008. In addition, subsequent to the July 15 status conference, the government produced further discovery in that case, including approximately 418 additional audio recordings and a video DVD. Judge Chin indicated that he will likely set a motion schedule at the October 3, 2008 status conference. No trial date has been set.

Your Honor previously scheduled a status conference in this matter to take place on September 5, 2008 at 9:30 a.m. We respectfully request that the Court adjourn this status conference to a date convenient to the Court in November 2008, when we will have a better understanding on the status and disposition of the criminal proceedings.

*Conference adjourned from September 5 to November 21, 2008 at 12:15 p.m.*

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
8-25-08

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

AUG.20'2008 11:24 12126264145          BAKER & McKENZIE                    #7537 P.002/002
Case 1:07-cv-07960-PKC    Document 29    Filed 08/25/2008    Page 2 of 2

BAKER & McKENZIE

Counsel for the SEC has indicated that he has no objection to the request for an adjournment.

Respectfully submitted,

Richard De Palma

cc: Scott L. Black (via regular mail)
    Anthony Martin (via e-mail)
    Alain Lustig    (via e-mail)
    Eric Berry (via e-mail)