```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-10
```

**BAKER & MCKENZIE**

**MEMO ENDORSED**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212.626.4100
Fax: +1 212.310.1600
www.bakernet.com

Douglas M. Tween
Tel: +1 212.626.4355
Douglas.M.Tween@bakernet.com

*(handwritten)* Conference adjourned from Septber 30 to December 9 at 12:30pm. SO ORDERED

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-10
```

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

September 27, 2010

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:     Securities and Exchange Commission v. SmartOnline,
        Inc., et. al., 07 Civ. 7960 (PKC)

Dear Judge Castel:

We represent Dennis Michael Nouri and Eric Nouri, defendants in the above-captioned
action.

We write to provide an update to Your Honor with respect to the status of the parallel
criminal proceeding in United States v. Dennis Michael Nouri et. al., 07-CR-1029 (DC)
(S.D.N.Y.) and to request an adjournment of the status conference currently scheduled
before this Court on September 30, 2010 at 12:00 p.m.

In the criminal proceeding, Judge Chin held a hearing on restitution on September 15, 2010.
On September 24, 2010, the Court ordered Michael Nouri to pay restitution in the amount of
$2,273,589 and Eric Nouri to pay restitution in the amount of $1,132,219. Based on that
order, we are currently discussing a resolution with the SEC that we expect to present to the
court in 60 days. Therefore, we respectfully request an adjournment until November 29,
2010.

Counsel for the SEC has indicated that they have no objection to the request for an
adjournment.

Respectfully submitted,

*Douglas M. Tween* /RPR

Douglas M. Tween

cc:     Sheldon Mui (via e-mail)
        Eric Berry (via e-mail)
        Alain Lustig (via US mail)
        Anthony Martin (via US mail)

NYCDMS/1166562.1

*(handwritten)* Mr. Tween is directed to fax a letter to Chambers by December 1, 2010 reporting on the status of settlement. If the case is not fully resolved, the parties should arrive at the December 9 conference with a proposed case management plan to bring this case to conclusion. There will be no adjournment of the December 9 conference. SO ORDERED USDS 11-24-10

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.