CASTEL, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-10
```

GEORGE S. CANELLOS
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281
(212) 336-1020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SMART ONLINE, INC., ET AL.,<br><br>　　　　　　　　　　　　Defendants. | 07 Civ. 7960 (PKC) |

## STIPULATION AND ORDER

The Securities and Exchange Commission ("SEC") having filed a Complaint and Defendant Dennis Michael Nouri ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; and waived any right to appeal from this Stipulation and Order:

IT IS HEREBY STIPULATED AND AGREED BY Plaintiff SEC and Defendant, by and through their undersigned counsel, that:

WHEREAS, on August 12, 2009, the Court entered a Partial Judgment of Permanent Injunctive Relief and Other Relief by Consent Against Dennis Michael Nouri (the "Partial Judgment"), granting certain relief against Defendant, with issues related to Defendant's

disgorgement and civil penalties to be determined by agreement of the parties, or failing that, by the Court;

WHEREAS, on July 2, 2009, following a jury trial in United States v. Nouri, 07 Cr. 1029 (S.D.N.Y.)(DC), Defendant was found guilty of conspiracy to commit securities fraud [18 U.S.C. § 371], securities fraud [15 U.S.C. § 78], wire fraud [18 U.S.C. § 1343], and commercial bribery [18 U.S.C. § 1952], and on May 19, 2010, was sentenced to 96 months imprisonment and 2 years supervised release;

WHEREAS, on September 24, 2010, Defendant was ordered to pay restitution of $2,273,589.54 in United States v. Nouri;

WHEREAS, based on Defendant's criminal sentence and restitution order, Plaintiff SEC has determined to dismiss its claims for disgorgement, prejudgment interest, and civil penalties against Defendant, and Defendant consents to this dismissal;

IT IS HEREBY ORDERED that Plaintiff SEC's claims for disgorgement, prejudgment interest, and civil penalties are hereby dismissed with prejudice, and the Partial Judgment entered on August 12, 2009 shall be deemed the Final Judgment against Defendant in this case.

2

Securities and Exchange Commission

By: _____
      Sheldon Mui

Attorneys for the Plaintiff
Securities and Exchange commission
New York Regional Office
3 World Financial Center
Suite 400
New York, NY 10281

Dennis Michael Nouri

By: _____
      Douglas Michael Tween

Attorney for the Defendant
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036

Dated: 12-1-10

_____
UNITED STATES DISTRICT JUDGE

3